IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RUSSELL CAMPBELL**     **PLAINTIFF**

**v.**     **NO. 1:07CV59-M-D**

**CORINTH POLICE DEPARTMENT, ET AL.**     **DEFENDANTS**

## JUDGMENT

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated February 20, 2008, and the March 3, 2008, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated February 20, 2008, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the motions by defendants Jeff Palmer and the Mississippi Bureau of Narcotics to dismiss are hereby **GRANTED.**

3. That the plaintiff's claims against defendants Jeff Palmer and the Mississippi Bureau of Narcotics are hereby **DISMISSED** with prejudice.

4. That the plaintiff's claims against the remaining defendants shall **PROCEED.**

THIS, the 4th day of March, 2008.

                                                        **/s/ MICHAEL P. MILLS**
                                                        **CHIEF JUDGE**
                                                        **UNITED STATES DISTRICT COURT**
                                                        **NORTHERN DISTRICT OF MISSISSIPPI**